BRIAN P. WORTHINGTON, ESQ. (Bar No. 179590)
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California 92122
(858) 455-8700; Facsimile (858) 455-8701
bworthington@rmwfirm.com

MARK A. HOOPER, ESQ. (Bar No. 173979)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8050; Facsimile (312) 466-8055
mark.hooper@rsg-law.com

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DOC MATEEN, INDIVIDUALLY AND DOING BUSINESS AS A-R-M CONSTRUCTION; LOUIE LOZANO; CATHERINE LOZANO; AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 2:12-cv-02294-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE RESPONSIVE PLEADING DEADLINE FOR DEFENDANTS LOUIE LOZANO AND CATHERINE LOZANO** |

**RECITALS**

1. On September 6, 2012, Plaintiff, Lincoln General Insurance Company ("Lincoln"), filed the Complaint.

2. On September 15, 2012, Defendant Louie Lozano was personally served with process of the Summons and Complaint.

3. On September 15, 2012, Defendant Catherine Lozano was served with process of the Summons and Complaint by substitute service.

4. Under Rule 12 of the Federal Rules of Civil Procedure, Louie Lozano and Catherine Lozano are required to respond to Lincoln's Complaint within 21-days after

-1-

service. The deadline for these Defendants to respond to the Complaint is October 8, 2012.

5. This lawsuit involves Lincoln's claims for declaratory relief as to its obligations, if any, to defend and/or indemnify its insured(s) in the underlying action filed in the San Joaquin County Superior Court entitled <u>A-R-M Construction v. Lozano</u>, case number 39-2008-00190837 ("underlying action"). The underlying action involves, in part, claims for construction defects.

6. The parties to the underlying action have recently arranged a settlement of the underlying action. The parties are working on the settlement papers that will finalize that settlement. While finalization of that settlement will result in settlement of this action, there can be no actual settlement of this matter until the settlement papers in the underlying action are finalized. It is uncertain if the settlement papers in the underlying action will be finalized by the October 8 deadline for the responsive pleading from Louie Lozano and Catherine Lozano (collectively "the Lozanos"). Lincoln and the Lozanos seek to extend the deadline for the Lozanos to file a responsive pleading by 30 days to avoid the need for the Lozanos to incur the expense of preparing a responsive pleading.

7. Therefore, it is hereby stipulated by and between Lincoln and the Lozanos that the Lozanos may have a 30-day extension of time to respond to the Complaint on file herein, to and including November 7, 2012. This is the first stipulation for an extension of time for the Lozanos to respond to the Complaint.

## **STIPULATION**

WHEREFORE, Lincoln and the Lozanos, by and through their respective counsel, hereby stipulate and agree as follows:

/ / /
/ / /
/ / /
/ / /
/ / /

Defendants Louie Lozano and Catherine Lozano shall have a 30-day extension of time within which they must respond to the Complaint on file herein, to and including November 7, 2012.

Dated: September 27, 2012           RYAN MERCALDO & WORTHINGTON LLP

By:   /s/ Brian P. Worthington
Brian P. Worthington, Esq.
Attorneys for Plaintiff,
LINCOLN GENERAL INSURANCE COMPANY

Dated: September 27, 2012           MICHAEL & CAMMACK

By:   /s/ John L. Cammack
John L. Cammack
Attorneys for Defendants LOUIE LOZANO and CATHERINE LOZANO

### ORDER

IT IS HEREBY ORDERED that Defendants Louie Lozano and Catherine Lozano shall have a 30-day extension of time within which they must respond to the Complaint on file herein, to and including November 7, 2012.

IT IS SO ORDERED.

Dated:   September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE